FTB:EWS/AMR
F. #2022R00685

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
*   MAY 31, 2023   *
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against –

RICARDO WALDRON,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. 23-CR-230
(T. 18, U.S.C., §§ 922(a)(1)(A),
922(a)(5), 922(g)(5)(A), 924(a)(1)(D),
924(a)(2), 924(d)(1), 2 and 3551 et seq.;
T. 21, U.S.C., § 853(p); T. 28, U.S.C.,
§ 2461(c))

Judge Pamela K. Chen
Magistrate Judge James R. Cho

THE GRAND JURY CHARGES:

COUNT ONE
(Firearms Trafficking)

1.     In or about and between September 2022 and October 2022, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant RICARDO WALDRON, together with others, not being a licensed importer, licensed manufacturer or licensed dealer in firearms, did knowingly and willfully engage in the business of dealing in firearms, and in the course of such business did ship, transport and receive one or more firearms in interstate and foreign commerce, to wit: (1) a 9mm caliber Taurus G3 pistol with serial number ADD179642; (2) a .380 caliber Taurus LCP pistol with serial number 379037798; (3) a 9mm caliber Taurus GX4 pistol with serial number 1GA58057; (4) a 9mm caliber Taurus GX4 pistol with serial number ADC055905; (5) a 9mm caliber Glock 19 pistol with serial number BPDY785; (6) a 9mm caliber Taurus G3X pistol with serial number

2

ACN752946; (7) a .45 caliber Smith and Wesson M&P pistol with serial number HST3578; and (8) a 9mm caliber Bond Arms Roughneck pistol with serial number 304469.

(Title 18, United States Code, Sections 922(a)(1)(A), 924(a)(1)(D), 2 and 3551 et seq.)

### COUNT TWO
(Unlawful Transfer of Firearms)

2.    In or about and between September 2022 and October 2022, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant RICARDO WALDRON, together with others, not being a licensed importer, licensed manufacturer, licensed dealer or licensed collector of firearms, did willfully transfer one or more firearms to another person, said person not being a licensed importer, licensed manufacturer, licensed dealer or licensed collector of firearms, and knowing with reasonable cause to believe that said person was not then residing in the State of North Carolina, the State in which the defendant was residing at the time of the aforesaid transfers of the firearms.

(Title 18, United States Code, Sections 922(a)(5), 2 and 3551 et seq.)

### COUNT THREE
(Illegal Alien in Possession of a Firearm)

3.    In or about and between September 2022 and October 2022, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant RICARDO WALDRON, together with others, being an alien who was illegally and unlawfully in the United States, did knowingly and willfully ship and transport one or more firearms in interstate commerce, and did knowingly and intentionally possess one or more firearms in and affecting commerce, to wit: (1) a 9mm caliber Taurus G3 pistol with serial number ADD179642; (2) a .380 caliber Taurus LCP pistol with serial number 379037798; (3) a

9mm caliber Taurus GX4 pistol with serial number 1GA58057; (4) a 9mm caliber Taurus GX4 pistol with serial number ADC055905; (5) a 9mm caliber Glock 19 pistol with serial number BPDY785; (6) a 9mm caliber Taurus G3X pistol with serial number ACN752946; (7) a .45 caliber Smith and Wesson M&P pistol with serial number HST3578; and (8) a 9mm caliber Bond Arms Roughneck pistol with serial number 304469.

(Title 18, United States Code, Sections 922(g)(5)(A), 924(a)(2) and 3551 et seq.)

### CRIMINAL FORFEITURE ALLEGATION

4.    The United States hereby gives notice to the defendant that, upon his conviction of any of the offenses charged herein, the government will seek forfeiture in accordance with Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), which require the forfeiture of any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922 or Section 924.

5.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a)    cannot be located upon the exercise of due diligence;

(b)    has been transferred or sold to, or deposited with, a third party;

(c)    has been placed beyond the jurisdiction of the court;

(d)    has been substantially diminished in value; or

(e)    has been commingled with other property which cannot be divided without difficulty;

4

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 924(d)(1); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

A TRUE BILL

_____
FOREPERSON

By CPokorny, Assistant U.S. Attorney
_____
BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. #2022R00685

FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

## EASTERN *District of* NEW YORK

## CRIMINAL DIVISION

## THE UNITED STATES OF AMERICA

*vs.*

### RICARDO WALDRON,

Defendant.

# INDICTMENT

(T. 18, U.S.C., §§ 922(a)(1)(A), 922(a)(5), 922(g)(5)(A), 924(a)(1)(D), 924(a)(2), 924(d)(1), 2 and 3551 et seq.; T. 21 U.S.C. § 853(p); and T. 28, U.S.C., § 2461(c))

*A true bill.*

_____
                                                                        *Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
                                                                                  *Clerk*

*Bail, $* _____

_____

*Eric Silverberg and Andrew M. Roddin, Assistant U.S. Attorneys, (718) 254-7000*